IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Christopher Lane, | ) | C/A No. 4:16-2527-RBH-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| The State of South Carolina; Jean Toal; | ) | |
| Donald W. Beatty; Alan Wilson; Edward L. | ) | |
| Clements; Paul V. Connarrella; James E. | ) | |
| Brogdon; Bryan Sterling; Joseph McFadden; | ) | |
| Anthony Driggers, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983. By order dated July 28, 2016, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. (ECF No. 6.) Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. (*Id.*) Plaintiff did not respond to the Order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, this case is dismissed, *without prejudice,* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

September 27, 2016                              s/ R. Bryan Harwell
Florence, South Carolina                        R. Bryan Harwell
                                                United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.